FILED
2010 Apr-19  PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER JORDAN JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-cv-01997-PWG |
| BOB RILEY, et al., | ) |
| Defendants. | ) |

**ORDER**

The magistrate judge filed a report and recommendation on March 11, 2010, recommending that plaintiff's claims against defendant Spann, Riley and Allen be **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). It was further recommended that plaintiff's Eighth Amendment claim against defendants Hetzel, Gordy and Richburg be referred to the magistrate judge for further proceedings. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's claims against defendant Spann, Riley and Allen are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b). It is further **ORDERED** that the Eighth Amendment claims against defendants Hetzel, Gordy, and Richburg claims are **REFERRED** to the magistrate judge for further proceedings.

**DONE**,  this 19th day of April, 2010.

*Sharon Lovelace Blackburn*
_____
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE